IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 3:22-cr-104-REP |
| COREY BRANCH, | ) |
| Defendant. | ) |

## STATEMENT OF FACTS

The parties stipulate and agree that the charge set forth in the criminal Indictment, which is incorporated herein by reference, and the following facts are true and correct, and had this matter gone to trial, the United States would have proven each of the following beyond a reasonable doubt.

1. On or about June 18, 2022, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, COREY BRANCH, did knowingly escape from the custody of Federal Correctional Institution Petersburg ("FCI Petersburg"), an institutional facility to which he was lawfully confined at the direction of the Attorney General of the United States, in violation of Title 18, United States Code, Section 751(a)).

The maximum penalties for this offense are: a maximum term of 5 years of imprisonment, a fine of $250,000, a special assessment pursuant to 18 U.S.C § 3013, and a maximum supervised release term of 3 years. The defendant understands that any supervised release term is in addition to any prison term the defendant may receive, and that a violation of a term of supervised release could result in the defendant being returned to prison for the full term of supervised release.

1

2. COREY BRANCH (hereafter, BRANCH) was named in a two-count Indictment returned by a Grand Jury in the Eastern District of Virginia, Norfolk division on December 7, 2016. Count One charged BRANCH with Possession with Intent to Distribute Fentanyl, in violation of Title 21, United States Code, Section 841(a)(1); and Count Two charged him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

3. On April 7, 2017, BRANCH entered a plea of guilty to these two charges. On September 26, 2017, BRANCH was sentenced by United States District Judge Rebecca Beach Smith to serve a term of 160 months' imprisonment on Count One, and 120 months imprisonment on Count Two, to run concurrently, followed by a term of three years of supervised release per count of conviction, also to run concurrently.

4. BRANCH was transferred from the custody of the United States Marshals Service to the custody of the Bureau of Prisons for service of his federal sentence, with his release date noted on the BOP website as February 2, 2028.

5. BRANCH was designated to FCI Petersburg, which is part of the Petersburg Federal Correctional Complex operated by the Federal Bureau of Prisons. At some point prior to June 18, 2022, BRANCH was assigned to the adjacent Minimum Security Satellite Camp.

6. At approximately 1:45 am on June 18, 2022, members of the United States Marshals Service were notified that after an impromptu headcount had been conducted at or shortly after midnight by the staff at the Petersburg Satellite Camp, BOP authorities determined that BRANCH, along with three other identified inmates, had escaped from the facility by fleeing from the Satellite Camp without permission or authorization.

7. After BRANCH and the other inmates fled from the prison, they were picked up by another individual, at which time the escaped inmates traveled to a nearby hotel.

8. On June 21, 2022, at approximately 1:25 am, BRANCH returned to FCC Petersburg and surrendered to BOP staff.

This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case

The defendant, COREY BRANCH, committed the acts set forth in the pending criminal Indictment, and described in this Statement of Facts, and he did so knowingly, and without legal justification or excuse, and not by mistake, accident, or any other reason.

JESSICA D. ABER
UNITED STATES ATTORNEY

8/31/2022
Date

By: _____
Angela Mastandrea-Miller
Assistant United States Attorney

3

I have consulted with my attorney regarding this Statement of Facts. I knowingly and voluntarily agree that each of the above-recited facts is true and correct and that had this matter gone to trial the United States could have proven each one beyond a reasonable doubt.

8/31/2022
Date

COREY BRANCH
Defendant

I am counsel for the defendant, COREY BRANCH. I have carefully reviewed this Statement of Facts with him and to my knowledge, his decision to agree to this Statement of Facts is an informed and voluntary decision.

8/31/2022
Date

W. Barry Montgomery, Esq.
Counsel for the Defendant