**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA: RICHMOND DIVISION**

| | |
|---|---|
| JUDGE:   ROBERT E. PAYNE | DOCKET NO.          3:22-CR-104 |
| REPORTER:   MELISSA CUSTIS, OCR | DATE:          DECEMBER 8, 2022 |

## SENTENCING

UNITED STATES OF AMERICA                                                         COUNSEL

v.

_____COREY BRANCH_____          _____WAYNE BARRY MONTGOMERY_____.

**APPEARANCES:**   GOVERNMENT \_\_\_\_\_ANGELA MASTANDREA-MILLER\_\_\_\_\_ ( ✓ )
DEFENDANT WITH COUNSEL ( ✓ )   DEFENDANT WITHOUT COUNSEL (    )
DEFENDANT NOT PRESENT   (    )   WAIVER OF APPEARANCE FILED   (    )
INTERPRETER _____ (    )

**BAIL STATUS OF DEFENDANT:**   ON BOND (    )   INCARCERATED ( ✓ )

**SENTENCING ON COUNT(S):**   ONE          (    ) Criminal Information
                              ( ✓ ) Indictment   (    ) Superseding Indictment

**PRELIMINARY MATTERS:** ARGUMENTS HEARD ON DEFENDANT'S MOTION FOR VARIANCE SENTENCE (ECF 29) – MOTION DENIED

**OBJECTIONS TO PSR:** NONE; ACCEPTED & ADOPTED, FILED AS TENDERED – UNDER SEAL

**STATEMENTS MADE BY:** GOVERNMENT ( ✓ )   DEFENSE COUNSEL ( ✓ )   DEFENDANT ( ✓ )

**ON MOTION OF GOVERNMENT:**     (    ) INDICTMENT DISMISSED.
                                  (    ) REMAINING COUNTS DISMISSED.

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**

ON: _____   BY:_____   A.M. / P.M.
(    ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFENDANT ADVISED OF RIGHT OF APPEAL within 14 days of today   ( ✓ )

DEFENDANT REMANDED TO CUSTODY   ( ✓ )

CASE SET:  **2:30 P.M.**     BEGAN:  **2:24 P.M.**     ENDED:  **2:55 P.M.**     TIME IN COURT:  **31 MINS.**

                                                                              CJA TIME:  **31 MINS.**

**PAGE TWO (2)**

**SENTENCE TEXT**

**COUNT  ONE**     IMPRISONMENT   9 *   MOS.   CONCURRENT ( )   CONSECUTIVE ( )
* shall run consecutively to term imposed in 2:16-cr-165
CREDIT FOR TIME SERVED ON THIS CHARGE ( )

SUPERVISED RELEASE   3   YEAR(S)
* shall run concurrently to term imposed in 2:16-cr-165
PROBATION _____ YEAR(S)

FIN E  $_____   ( ✓ ) Fine not imposed

SPECIAL ASSESSMENT $  100.00   due immediately

**COUNT  _____**     IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEAR(S)     CONCURRENT ( )

PROBATION _____ YEAR(S)     CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**COUNT  _____**     IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEAR(S)     CONCURRENT ( )

PROBATION _____ YEAR(S)     CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ( )**

**RESTITUTION ORDERED:** _____

_____

**RECOMMENDATION(S) TO BOP:**
(    ) Designate defendant to a facility near family     (    ) Designate defendant to _____ FCI
(    ) SHOCK Incarceration Program                      (    ) BRAVE Program
(    ) Educational / Vocational training                (    ) BOP 500-hr intensive drug treatment program
(    ) UNICOR program   (    ) with _____ portion of earnings directed to child support
(    ) OTHER:_____

PAGE THREE (3)

**SPECIAL CONDITIONS of Probation / Supervised Release:**

_____(1) Incur no new credit without approval of probation officer
_____(2) Provide probation officer with access to financial information
_____(3) Perform community service _____ HOURS during period of supervision
_____(4) Participate in drug/alcohol treatment; _____ Pay cost of treatment
_____(5) Participate in mental health treatment; _____ Pay cost of treatment
          _____ Participate in anger management
_____(6) Participate in home confinement program for _____ with monitoring
          _____ Permitted to work, attend church, or other approved activities
          _____ Shall not maintain any devices or services that may interfere with proper functioning of electronic monitoring equipment
          _____ Maintain telephone without special features; no cordless phone
          _____ Pay costs of electronic monitoring
_____(7) Placement in a Community Confinement Center for _____ (term)
_____(8) Defendant to be surrendered to BICE for deportation proceedings
          _____ If deported, defendant to remain outside the United States
_____(10) Mandatory drug testing waived
          _____ Probation officer may still administer drug test if deemed appropriate
_____(11) Pay child support in amount ordered by social services or Court
_____(13) Serve intermittent confinement on weekends for a period of _____ DAYS
_____(14) No possession of pager, cellular telephone, or other handheld communication device
___✓__(15) Defendant shall pay any balance owed on the S/A imposed by the Court
          __✓__ Pay in installments of not less than $__25.00__ per month [ _____ or 25% of gross monthly income, whichever is greater] to begin 60 days after start of supervision until paid in full
_____(16) Waive all rights of confidentiality regarding mental health treatment (or other treatment) to allow release of information to Probation, etc.
_____(17) Commencing _____, and continuing for _____, defendant may operate a motor vehicle only for purposes of work and court, including travel to the Probation Office and alcohol treatment program
_____(18) Defendant to apply monies received from tax refunds, lottery winnings, settlements, and any anticipated or unexpected financial gains to the Court-ordered financial obligation


_____(---) **Other special conditions:**

_____

_____

_____

_____